personal property and for such other and further orders as to the Court seem just and proper given the circumstances.