# UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri

*In Re:* Jared Oberndorfer
    *Debtor*

*Case No.:* 13–40265 – A659

*Chapter:* 7

## NOTICE TO FILER OF ERRORS IN ELECTRONICALLY FILED DOCUMENTS

*Motion to Compromise Controversy 17 filed on 7/17/13 was filed inaccurately.*

- ☑ PDF is:  ☐ illegible  ☑ incomplete  ☐ missing
- ☐ Signature/signature block is not in compliance with LR 9011.
- ☐ Debtor(s) signature missing (name of debtor required).
- ☐ Transfer of Claims: transferor name does not match claimant name.
- ☐ Memorandum explaining changes to the Amended Schedules was not filed in compliance with L.R. 1009(A).
- ☐ Other:

### *Action Required By the Filer 7/25/13*

- ☑ A corrected PDF must be filed **ONLY** by using the following pathway
  *Go to Bankruptcy>Other Misc Events>Corrected PDF*
- ☐ Document must be re-filed using the appropriate event or in the correct case.

FAILURE TO TAKE NECESSARY ACTION WITHIN THE SPECIFIED TIME MAY RESULT IN DENIAL OF THIS PLEADING.

*Go to www.moeb.uscourts.gov for ECF Procedures or call the Help Desk at (866) 803–9517*

Dated: 7/18/13

/S/ Dana C. McWay
_____
Clerk of Court

Copy to:

Rev. 12/12